BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GENE MONTGOMERY,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO. 2:15-CV-01283-TLN-CMK<br><br>**STIPULATION AND PROPOSED ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER** |

The parties to the above-captioned case hereby stipulate, subject to approval by the Court, to amend the Court's Pretrial Scheduling Order (Docket No. 8) as follows:

The parties stipulate that the first line of Section IV of the Pretrial Scheduling Order shall be amended to read: "All <u>fact</u> discovery shall be completed by March 11, 2016."

The parties further stipulate that Section V of the Pretrial Scheduling Order shall be amended to add the following sentence: "All <u>expert</u> discovery shall be completed by July 22, 2016."

///

///

///

STIPULATION AND PROPOSED ORDER TO
AMEND THE PRETRIAL SCHEDULING ORDER

1

Respectfully submitted,

Dated:  December 29, 2015                BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Edward A. Olsen*
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney
                                         Attorneys for the United States


Dated:  December 29, 2015                */s/ Walter H. Loving, III*
                                         Walter H. Loving, III
                                         WILCOXEN CALLAHAM LLP
                                         Attorneys for Plaintiff


## ORDER

Pursuant to stipulation and good cause having been shown, IT IS ORDERED that the Court's Pretrial Scheduling Order (Docket No. 8) shall be amended as follows:

The first line of Section IV of the Pretrial Scheduling Order shall be amended to read:  "All <u>fact</u> discovery shall be completed by March 11, 2016."

Section V of the Pretrial Scheduling Order shall be amended to add the following sentence: "All <u>expert</u> discovery shall be completed by July 22, 2016."


Dated:  January 5, 2016

                                         _____
                                         Troy L. Nunley
                                         United States District Judge

STIPULATION AND PROPOSED ORDER TO
AMEND THE PRETRIAL SCHEDULING ORDER

2