BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GENE MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  2:15-CV-01283-TLN-CMK<br><br>**SECOND STIPULATION AND ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER** |

The parties have stipulated to the submission of this case to the Court's VDRP program and have been focusing their efforts on an attempt to resolve the case at a mediation scheduled with a VDRP-appointed mediator on March 25, 2016.  However, in light of the possibility that the case may not settle at the mediation, the parties hereby stipulate, subject to approval of the Court, to amend the Court's Pretrial Scheduling Orders (Docket Nos. 8 and 14) by:

(1) extending the deadline for completion of fact discovery from March 11, 2016, to May 13, 2016;

(2) extending the deadline for disclosure of expert witnesses from May 12, 2016, to June 10, 2016; and

STIPULATION AND ORDER TO
AMEND THE PRETRIAL SCHEDULING ORDER

1    (3) extending the deadline for completion of all expert discovery from July 22, 2016, to

2    August 5, 2016.

3

4                                                  Respectfully submitted,

5    Dated:   March 8, 2016                        BENJAMIN B. WAGNER
                                                    United States Attorney
6
                                                    */s/ Edward A. Olsen*
7                                                   EDWARD A. OLSEN
                                                    Assistant United States Attorney
8                                                   Attorneys for the United States

9

10

11   Dated:   March 8, 2016                        */s/ Walter H. Loving, III*
                                                    Walter H. Loving, III
12                                                  WILCOXEN CALLAHAM LLP
                                                    Attorneys for Plaintiff
13

14

15

16                                    **ORDER**

17       Pursuant to stipulation and good cause having been shown, IT IS ORDERED that the Court's

18   Pretrial Scheduling Orders (Docket Nos. 8 and 14) shall be amended as follows:

19       The deadline for completion of fact discovery shall be May 13, 2016.

20       The deadline for disclosure of expert witnesses shall be June 10, 2016.

21
         The deadline for completion of all expert discovery shall be August 5, 2016.
22

23

24   Dated: 03/11/2016

25

26                                                  Troy L. Nunley
                                                    United States District Judge
27

28   STIPULATION AND ORDER TO
     AMEND THE PRETRIAL SCHEDULING ORDER

                                          2